UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO R.R.,[1] | No. 1:26-cv-02775-TLN-AC |
| Petitioner, | (A# 244-354-556) |
| v. | **ORDER** |
| WARDEN, MESA VERDE DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding through *pro se*, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 9.)  Respondent filed objections to the findings and recommendations "for the reasons set forth in Respondent's May 4, 2026 briefing" opposing the petition.  (ECF No. 10.)

---

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are adopted in full.

2. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3. Respondents are ORDERED to:

   a. IMMEDIATELY RELEASE Petitioner ALEJANDRO R.R. (A# 244-354-556) from custody.

   b. RETURN all of Petitioner's documents and possessions upon his release from custody.

   c. FILE a notice of compliance **within two (2) court days of this Order**, confirming Petitioner's release from custody and the return of his documents and possessions.

4. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including a minimum of seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where (a) Respondents show material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that the Government's interest in protecting the public and/or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention. *Zadvydas v. Davis*, 533 U.S. 678, 690 (2001); *Hernandez v. Sessions*, 872 F.3d 976, 990 (2017). At any such hearing, Petitioner shall be allowed to have counsel present.

5. The Clerk is directed to serve **Mesa Verde Detention Center** with a copy of this Order, enter judgment in favor of Petitioner, and CLOSE this case.

IT IS SO ORDERED.

Date: June 22, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE